CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GUI JA KIM, BEOM YI LEE, and BEOM YOUNG LEE,

Plaintiffs,

vs.

MICHAEL MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; CHRISTINA POULOS, Director USCIS California Service Center; DAVID ROARK, Director USCIS Texas Service Center; and JANE ARELLANO, District Director, USCIS Los Angeles District Office,

Defendants.

CASE NO. CV 08-06199-MMM (SHx)

JUDGMENT FOR DEFENDANTS

On January 16, 2009, defendants moved to dismiss plaintiffs' complaint for lack of subject matter jurisdiction. The court entered an order granting the motion on February 26, 2009. Therefore,

IT IS ORDERED AND ADJUDGED that

1. Defendants' motion to dismiss plaintiffs' complaint for lack of subject matter jurisdiction is granted; and

2. The action is dismissed without prejudice.

DATED: February 27, 2009

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE